LOWENSTEIN BROTHERS GARMENT CO., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.[1]

Docket No. 8465. Promulgated July 24, 1928.

*A. E. James, Esq.*, for the petitioner.
*J. E. Marshall, Esq.*, for the respondent.

[1] See p. 446, *infra.*

OPINION.

TRAMMELL: We think from all the evidence that the respondent properly determined the tax liability of the petitioner on a fiscal year basis. The returns were filed upon a calendar year basis. This being true, the first issue presented must be decided adversely to the petitioner on the authority of *Paso Robles Mercantile Co.*, 12 B. T. A. 750.

The question of the method used by the respondent in crediting amounts paid by the petitioner upon a calendar year basis upon the tax liability shown due upon a fiscal year basis is also controlled by our decision in the case of *Paso Robles Mercantile Co.*, *supra*, and must be decided in favor of the petitioner.

*Judgment will be entered under Rule 50.*